JONI L. MARK *v.* HARRY MARK

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 920 (AC 12827), is denied.

*Harry Mark,* pro se, in support of the petition.

*Lori Welch-Rubin,* in opposition.

Decided December 4, 1995

MATTHEW ANGUISH *v.* TLM, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 15034) is denied.

BERDON, J., dissented.

*Renee Mayerson Cannella* and *Stewart M. Casper,* in support of the petition.

Decided December 11, 1995

AMY JEANNE CONWAY *v.* TOWN OF WILTON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 280 (AC 13524), is granted, limited to the following issues:

"1. Should this court reconsider its holding in *Manning* v. *Barenz,* 221 Conn. 256 (1992), that the recreational land use statute, General Statutes § 52-557f et seq., applies to municipalities?

"2. If the answer to the first question is no, did the Appellate Court improperly conclude that the trial court was correct in rendering summary judgment in favor of the defendant Connecticut Association of Secondary Schools (CASS), where the plaintiff claimed that CASS owed a duty to the plaintiff independent of any duty it